DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Kevin Marshall Agrava

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> KEVIN MARSHALL AGRAVA, </br></br> Defendant. | NO. 1:11-cr-00301 LJO </br></br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER </br></br> Date: November 28, 2011 </br> Time: 1:00 p.m. </br> Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Kevin Marshall Agrava, that the date for status conference may be continued to November 28, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is November 21, 2011, at 1:00 p.m. The requested new date is November 28, 2011, at 1:00 p.m.**

The upcoming status conference was originally scheduled for Friday, November 18, 2011. The matter was moved to November 21, 2011 when the court's law and motion calendar was changed from Mondays to Fridays. Defense counsel hopes to be out of the office on November 21, 2011. A short continuance is requested to allow for continuity of counsel.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason,

the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                            BENJAMIN B. WAGNER  
                                            United States Attorney

DATED: November 14, 2011       By /s/ Brian Enos  
                                            BRIAN ENOS  
                                            Assistant United States Attorney  
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK  
                                            Federal Defender

DATED: November 14, 2011       By /s/ Eric V. Kersten  
                                            ERIC V. KERSTEN  
                                            Assistant Federal Defender  
                                            Attorney for Defendant  
                                            Kevin Marshall Agrava

### **O R D E R**

**Good cause stated.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   November 15, 2011**                /s/ Lawrence J. O'Neill  
                                                  UNITED STATES DISTRICT JUDGE