DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Kevin Marshall Agrava

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN MARSHALL AGRAVA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:11-cr-00301 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER (note time change) <br><br> Date: February 6, 2012 <br> Time: 1:00 p.m. <br> Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Kevin Marshall Agrava, that the date for status conference may be continued to February 6, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is January 17, 2012. The requested new date is February 6, 2012, at 1:00 p.m.**

The government has recently provided a plea offer to the defense and the parties are engaged in negotiations concerning the terms of the offer. Additional investigation, research and negotiations are necessary to determine the applicability of potential offense characteristics under the sentencing guidelines. It is anticipated that the parties will either enter a plea agreement or request a trial date at the next status conference.

///

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 11, 2012       By /s/ Brian Enos
                              BRIAN ENOS
                              Assistant United States Attorney
                              Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 11, 2012       By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Kevin Marshall Agrava

## O R D E R

**Good cause exists for the continuance. It will be at 2 p.m. on the date requested.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   January 12, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE